IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

CARLOS RAMIREZ,
           Petitioner,

   v.                                     ORDER
                                           07-C-476-S
                                         06-CR-199-S-01

UNITED STATES OF AMERICA,
           Respondent.
_____

Pursuant to the government's request the above entitled matter will be scheduled for an evidentiary hearing to determine whether petitioner told his counsel to file an appeal of his judgment of conviction and counsel failed to do so. <u>Castellanos v. United States</u>, 26 F.3d 717, 720 (7th Cir. 1994).


ORDER

IT IS ORDERED that an evidentiary hearing be held in the above entitled matter on November 29, 2007 at 2:00 p.m. in Room 360, Unite d States Courthouse, 120 N. Henry Street, Madison, Wisconsin.

Entered this 7th day of November, 2007.

                                BY THE COURT:

                                /s/

                              _____
                              JOHN C. SHABAZ
                              District Judge