IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

_____

CARLOS RAMIREZ,

        Petitioner,                                 ORDER
                                                      06-cr-199-jcs-1

   v.

UNITED STATES OF AMERICA,

        Respondent.

_____

     The above entitled matter came on to be heard before the Court on December 13, 2007, upon defendant's request for an evidentiary hearing. The government having appeared by Erik C. Peterson, United States Attorney for the Western District of Wisconsin, by Rita Rumbelow, Assistant United States Attorney; defendant in person and by William Jones. Honorable John C. Shabaz, District Judge, presided.

     Upon the case being called, defendant withdrew his request for said hearing, accordingly,

ORDER

     IT IS ORDERED that the remainder of defendant's pending § 2255 petition shall be resolved without said hearing.

     Entered this 13th day of December, 2007.

                                   BY THE COURT:

                                   /s/

                                   _____
                                   JOHN C. SHABAZ
                                   District Judge